STEVE W. BERMAN
GEORGE W. SAMPSON
TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
jenniferc@hbsslaw.com

*Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
                          DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5000 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| This document relates to all actions. | Hearing: None |
| | Time: None |
| | Courtroom: 6 |
| | Judge: Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated: JUN 22 2012

*/s/ Stephen V. Wilson*
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1   WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2   consolidated for purposes of coordinated pretrial proceedings;
3   WHEREAS, the parties have reached a global settlement of all twenty-two
4   actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5   two actions with prejudice;
6   NOW, THEREFORE, the parties, by and through their attorneys of record,
7   and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8   that this MDL and the following member actions are hereby dismissed with
9   prejudice:
10   (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11   (RCx) (Chicago Region);
12   (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13   SVW (RCx) (New York/New Jersey Region);
14   (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15   SVW (RCx) (Boston Region);
16   (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17   2:05-cv-06704-SVW-VBK (Los Angeles Region);
18   (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19   04987-SVW-VBK (Denver Region).
20   (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21   SVW (RCx) (South Florida Region);
22   (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23   2382-SVW (RCx) (Philadelphia Region);
24   (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25   SVW (RCx) (Northern California Region);
26   (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27   SVW (RCx) (Michigan Region);
28

(10) *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

(11) *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

(12) *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

(13) *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

(14) *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

(15) *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

(16) *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

(17) *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

(18) *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

(19) *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

(20) *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

(21) *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

(22) *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: /s/ Jennifer F. Connolly
Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 355-6435
Fax: (202) 355-6455
E-mail: JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
mrm@wexlerwallace.com

```
 1      Lee Squitieri
        Olga A. Pettigrew
 2      SQUITIERI & FEARON LLP
        32 East 57th Street, 12th Floor
 3      New York, NY 10022
        Tel.: (212) 421-6492
 4      Fax: (212) 421-6553
        E-mail: lee@sfclasslaw.com
 5
 6      *Co-Lead Counsel and Executive Committee
        Members*
 7
        Jeffrey Kodroff
 8      SPECTOR, ROSEMAN, KODROFF &
        WILLIS, P.C.
 9      1818 Market Street, Suite 2500
        Philadelphia, PA 19103
10      Tel.: (215) 496 0300
        Fax: (215) 496 6611
11      E-mail: jkodroff@srkw-law.com

12      Nicholas Chimicles
        Kimberly Donaldson
13      CHIMICLES & TIKELLIS LLP
        361 W. Lancaster Avenue
14      Haverford, PA 19401
        Tel.: (610) 642-8500
15      Fax: (610) 649-3633
        E-mail: nick@chimicles.com
16              kimdonaldson@chimicles.com

17      Lance Harke
        HARKE & CLASBY
18      9699 NE Second Avenue
        Miami, FL 33138
19      Tel.: (305) 536-8220
        Fax: (305) 536-8229
20      E-mail: lharke@harkeclasby.com

21      Hollis Salzman
        LABATON SUCHAROW
22      140 Broadway
        New York, NY 10005
23      Tel.:(212) 907-0700
        Fax:(212) 818-0477
24      E-mail: hsalzman@labaton.com

25      *Executive Committee Members*
26
27
28
```

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 4 | By: | /s/ Jonathan M. Jacobson |
| | | Jonathan M. Jacobson |
| | | 1301 Avenue of the Americas |
| | | 40th Floor |
| | | New York, NY 10019 |
| | | Telephone: (212) 999-5800 |
| | | Facsimile: (212) 999-5899 |
| | | |
| | | Colleen Bal |
| | | Wilson Sonsini Goodrich & Rosati PC |
| | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| | | Telephone: (650) 493-9300 |
| | | Facsimile: (650) 493-8111 |
| | | |
| | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C |
| | | Harvey I. Saferstein |
| | | 2029 Century Park East, Suite 1370 |
| | | Los Angeles, California 90067 |
| | | Telephone: (310) 586-3200 |
| | | |
| | | **Attorneys for Defendants** |