STEVE W. BERMAN
GEORGE W. SAMPSON
TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
jenniferc@hbsslaw.com

*Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5000 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE ← ORDER** |
| This document relates to all actions. | Hearing:    None |
| | Time:        None |
| | Courtroom: 6 |
| | Judge:       Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated    JUN 2 2 2012

United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2   consolidated for purposes of coordinated pretrial proceedings;

3    WHEREAS, the parties have reached a global settlement of all twenty-two
4   actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5   two actions with prejudice;

6    NOW, THEREFORE, the parties, by and through their attorneys of record,
7   and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE
8   that this MDL and the following member actions are hereby dismissed with
9   prejudice:

10    (1)    *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11   (RCx) (Chicago Region);

12    (2)    *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13   SVW (RCx) (New York/New Jersey Region);

14    (3)    *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15   SVW (RCx) (Boston Region);

16    (4)    *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17   2:05-cv-06704-SVW-VBK (Los Angeles Region);

18    (5)    *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19   04987-SVW-VBK (Denver Region).

20    (6)    *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21   SVW (RCx) (South Florida Region);

22    (7)    *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23   2382-SVW (RCx) (Philadelphia Region);

24    (8)    *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25   SVW (RCx) (Northern California Region);

26    (9)    *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27   SVW (RCx) (Michigan Region);

28

1      (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);

3      (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);

5      (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);

7      (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);

9      (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);

11      (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);

13      (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);

15      (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);

17      (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);

19      (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);

21      (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);

23      (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);

25      (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).

27

28

1

Dated:  May 22, 2012

2

HAGENS BERMAN SOBOL SHAPIRO LLP

3

By: /s/ Jennifer F. Connolly

4

Jennifer F. Connolly
1629 K St. NW, Suite 300

5

Washington, D.C.  20006
Tel.:  (202) 355-6435

6

Fax:  (202) 355-6455
E-mail:  JenniferC@hbsslaw.com

7

8

Elaine T. Byszewski
Lee M. Gordon

9

HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940

10

Los Angeles, CA  90017
Tel.: (213) 330-7150

11

Fax: (213) 330-7150
E-mail:  Lee@hbsslaw.com

12

        Elaine@hbsslaw.com

13

Steve W. Berman
George Sampson

14

Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP

15

1918 Eighth Ave., Suite 3300
Seattle, WA  98101

16

Tel.: (206) 623-7292
Fax.: (206) 623-0594

17

Email:  steve@hbsslaw.com
        george@hbsslaw.com

18

        tyler@hbsslaw.com

19

Kenneth A. Wexler
Mark R. Miller

20

WEXLER WALLACE LLP
55 W. Monroe, Suite 3300

21

Chicago, IL  60603
Tel.:  (312) 346-2222

22

Fax:  (312) 346-0022
E-mail: kaw@wexlerwallace.com

23

        mrm@wexlerwallace.com

24

25

26

27

28

1
2
3
4
5

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail: lee@sfclasslaw.com

6
7

***Co-Lead Counsel and Executive Committee
Members***

8
9
10
11

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF &
WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

12
13
14
15
16

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail: nick@chimicles.com
           kimdonaldson@chimicles.com

17
18
19
20

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail: lharke@harkeclasby.com

21
22
23
24

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

25

***Executive Committee Members***

26
27
28

1    Dated:  May 22, 2012         WILSON SONSINI GOODRICH & ROSATI

2                                         Professional Corporation

3

4                        By:    /s/ Jonathan M. Jacobson

5                                    Jonathan M. Jacobson
                                    1301 Avenue of the Americas

6                                     40th Floor
                                    New York, NY  10019

7                                     Telephone:  (212) 999-5800
                                    Facsimile:  (212) 999-5899

8                                     Colleen Bal
                                    Wilson Sonsini Goodrich & Rosati PC

9                                     650 Page Mill Road
                                    Palo Alto, CA 94304

10                                    Telephone:  (650) 493-9300
                                   Facsimile:  (650) 493-8111

11

12                                    MINTZ LEVIN COHN FERRIS GLOVSKY
                                   AND POPEO, P.C

13                                    Harvey I. Saferstein
                                   2029 Century Park East, Suite 1370

14                                    Los Angeles, California 90067
                                   Telephone:  (310) 586-3200

15                                    ***Attorneys for Defendants***

16

17

18

19

20

21

22

23

24

25

26

27

28